# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| State Farm Fire and Casualty Company, | ) | Case No.: 4:13-cv-02508-RBH |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CONSENT ORDER TO AMEND |
| | ) | DEFENDANT MARSHALL C. BLANTON'S |
| Marshall C. Blanton and Rodney J. Allgire, | ) | ANSWER TO COMPLAINT AND COUNTERCLAIMS |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the parties in the above captioned case consent to Defendant Marshall C. Blanton amending his Answer to Complaint and Counterclaims in conformance with the attached Amended Answer to Complaint and Counterclaims. It is, therefore,

ORDERED that the Defendant is hereby given leave to file and serve the Amended Answer to Complaint and Counterclaims in accordance with the South Carolina Rules of Civil Procedure. The Amended Answer to Complaint and Counterclaims should be filed within seven (7) days of the filing of this order.

s/R. Bryan Harwell
United States District Judge

Date: February 18, 2014
Florence, South Carolina

*State Farm Fire and Casualty Company vs. Marshall C. Blanton and Rodney J. Allgire*
Civil Action No.: 4:13-CV-02508-RBH
Consent Order to Amend Answer to Complaint and Counterclaims

WE SO MOVE:

PARSONS, OUVERSON, STARK, GUEST &
SANDEFUR, P.A.

BY:     /s Joseph S. Sandefur
Joseph S. Sandefur, Esquire
Attorney for Defendant Marshall C. Blanton
Post Office Box 2850
Murrells Inlet, South Carolina 29576
Telephone (843) 357-8888
Facsimile (843) 357-9991
Fed. I.D. No.: 10238
jsandefur@posglaw.com

*State Farm Fire and Casualty Company vs. Marshall C. Blanton and Rodney J. Allgire*
Civil Action No.: 4:13-CV-02508-RBH
Consent Order to Amend Answer to Complaint and Counterclaims

I SO CONSENT:

THOMPSON & HENRY, P.A.


BY:     /s Linda Weeks Gangi
Linda Weeks Gangi, Esquire
Attorney for State Farm Fire and Casualty Co.
Post Office Box 1740
Conway, South Carolina 29528
(843) 248-5841
lgangi@thompsonlaw.com

*State Farm Fire and Casualty Company vs. Marshall C. Blanton and Rodney J. Allgire*
Civil Action No.: 4:13-CV-02508-RBH
Consent Order to Amend Answer to Complaint and Counterclaims

I SO CONSENT:

MOSS, KUHN & FLEMING


BY:     /s James H. Moss
James H. Moss, Esquire
Attorney for Rodney J. Allgire
1501 North Street
Beaufort, South Carolina 29902
(843) 524-3373
jim@mossandkuhn.com